K

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X     Docket No.:  15-CV-2845
ZBIGNIEW PAPIEZ,                                                              (ERK) (RML)

                                   Plaintiff,

                  -against-                                                  **DEFENDANT HOME DEPOT
                                                                             U.S.A., INC.'S RULE 26
                                                                             EXCHANGE OF EXPERT
HOME DEPOT U.S.A., INC.                                                       WITNESS INFORMATION
                                   Defendant.                                OF PAUL KUFLIK, M.D.**
------------------------------------------------------------------------X

      **PLEASE TAKE NO**TICE, that pursuant to Rule 34 of the Federal Rules of Civil Procedure,

the Defendant HOME DEPOT U.S.A., INC., by and through undersigned counsel, LEWIS

BRISBOIS BISGAARD & SMITH LLP, hereby make the following disclosure pursuant to Federal

Rules of Civil Procedure 26(a)(2):

    1.     HOME DEPOT U.S.A., INC. may call the following individual as an expert at trial

          to present evidence under Federal Rules of Evidence 702, 703, and 705:

          Paul L. Kuflik, M.D.
          Icahn School of medicine at Mount Sinai
          5 East 98th Street, 4th Floor, Box 1188
          New York, New York 10029-6574

    2.     A copy of Dr. Kuflik's curriculum vitae is annexed hereto as **Exhibit "A"** setting

          forth his qualifications and list of his publications.  Annexed hereto as **Exhibit "B"**

          is a copy of the cases in which he has testified in the last four years.  Dr. Kuflik's

          report, dated January 25, 2017, is annexed hereto as **Exhibit "C"**.  Dr. Kuflik's fee

          schedule setting forth the compensation to be paid for the study and testimony in this

          case is annexed hereto as **Exhibit "D"**.  Please note also that trial testimony is

          $15,000.00 per day and the cost for deposition is $5,000.000 for up to three hours.

    3.     This disclosure is pursuant to Rule 26 and is not intended to limit the scope or

          substance of any expert called by the defendant at trial.  This disclosure should not be

considered all encompassing, as expert testimony to be offered by this defendant shall depend, of necessity, upon the issues raised at trial by other experts and witnesses.

4.    Defendant HOME DEPOT U.S.A., INC. and this expert reserve the right to supplement or modify the opinions set forth in the annexed report as new information is or may be obtained.

5.    This expert may also rely or comment upon any additional depositions, any expert information exchanged, trial testimony and all exhibits thereto.

6.    This expert may also be requested to rebut the positions and opinions, if any, of the defendant's expert witnesses, if any, at trial.

PLEASE TAKE FURTHER NOTICE that the Defendant HOME DEPOT U.S.A., INC. reserves the right to supplement and/or amend this disclosure up until and including the time of trial in this matter if necessary.

Dated: New York, New York
         February 17, 2017

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____

David M. Pollack (DP 6143)
Michael N. Giacopelli (MG 4170)
*Attorneys for Defendant*
*Home Depot U.S.A., Inc.*
77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1300
Facsimile: 212.232.1399

4821-0332-3968.1

To:

Edelman & Edelman, P.C.
*Attorneys for Plaintiff*
*ZBIGNIEW PAPIEZ*
61 Broadway, Suite 3010
New York, New York 10006
212.943.1200

## CERTIFICATE OF SERVICE

Michael N. Giacopelli, an attorney duly admitted to practice before this Court, **certifies that** on February 17, 2017, he caused the within **DEFENDANT HOME DEPOT U.S.A., INC.'S RULE 26 EXCHANGE OF EXPERT WITNESS INFORMATION OF PAUL KUFLIK, M.D.** to be served upon the attorneys for plaintiff at the address set forth above by first class mail and facsimile.

Michael N. Giacopelli

4821-0332-3968.1



PAUL L. KUFLIK, M.D.
912 Harvard Court
Woodmere, NY 11598
Pkuflik@verizon.net
516-313-1900

Updated July 2014

## CURRICULUM VITAE

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 9/1983-6/1986 | Clinical Coordinator: Hip Prosthesis<br>Hospital for Joint Diseases Orthopaedic Institute<br>New York, NY |
| 7/1985-6/1986 | Chief Resident<br>Department Orthopaedic Surgery<br>Hospital for Joint Diseases Orthopaedic Institute<br>New York, NY |
| 1/1986-6/1986 | Instructor in Surgery<br>Physician Assistant Program<br>Touro College Orthopaedic<br>New York, NY |
| 1/1987-12/1996 | Assistant Attending<br>Hospital for Joint Diseases Orthopaedic Institute<br>New York, NY |
| 7/1987-4/1989 | Chief Orthopedic Spine Service, Mount Sinai Hospital<br>New York, NY |
| 7/1987-Present | Attending in Orthopedics<br>Booth Memorial Medical Center<br>Queens, NY |
| 3/1987-12/1996 | Attending in Orthopedics<br>Beth Israel Medical Center<br>New York, NY |
| 7/1990-12/2005 | Attending in Surgery<br>Putnam Hospital Center<br>Carmel, NY |
| 7/1991-12/1996 | Chief Scoliosis Service<br>Hospital for Joint Diseases Orthopaedic Institute<br>New York, NY |

PAUL L. KUFLIK, M.D.
Curriculum Vitae                          2

12/1996-12/2012              Associate Director
                             The New York Spine Institute
                             Beth Israel Medical Center
                             New York, NY

1/2013- Present              Attending Spine Center, Department of Orthopedics,
                             Mount Sinai Hospital

## ACADEMIC APPOINTMENTS

1/1987-12/1996               Assistant Clinical Professor of Orthopaedic Surgery
                             Mount Sinai Medical Center

9/1994-12/1996               Clinical Assistant Professor of Orthopaedic Surgery
                             New York University Medical Center, New York

7/1996-12/2012               Assistant Clinical Professor of Orthopaedic Surgery
                             Albert Einstein College of Medicine

1/2013-Present               Associate Professor Orthopedic Surgery
                             Mount Sinai School of Medicine

## GAPS IN EMPLOYMENT
Not applicable

## EDUCATION

9/1973-6/1977                Bachelor of Arts (Magna cum Laude)
                             Psychology
                             Queens College
                             City University of New York
                             New York, NY

9/1977-5/1981                Doctor of Medicine
                             Upstate Medical College
                             State University of New York
                             Syracuse, NY

## POSTDOCTORAL TRAINING

7/1981-6/1982                Intern: General Surgery
                             Beth Israel Medical Center
                             New York, NY
                             Director of Surgery: Charles K. McSherry, M.D.

7/1982-6/1986                Resident: Orthopaedic Surgery

Paul L. Kuflik, M.D.
Curriculum Vitae                              5

                              Hospital for Joint Diseases Orthopaedic Institute
                              New York, NY
                              Program Chairman: Victor H. Frankel, M.D., Ph.D.

7/1986-12/1986                Fellow: Spine Surgery
                              Toronto General Hospital
                              Toronto, Ontario
                              Fellowship Director: John P. Kostuik, M.D.
                              Primary Surgical Mentor: Stephen I. Esses, M.D.

LICENSURE AND CERTIFICATION

Licensure

7/1982                        State of New York
                              License #150968

2/1992                        State of Florida
                              License #ME61576

Certification

7/1989                        Diplomat
                              American Board of Orthopaedic Surgery

1/2000-12/2009                Recertification
                              American Board of Orthopaedic Surgery

1/2010-12/2019                Recertification
                              American Board of Orthopaedic Surgery

HONORS AND AWARDS

9/1989                        Elected to Alpha Omega Alpha

7/1986-12/1986                Albert M. Betcher Traveling Fellowship
                              Hospital for Joint Diseases Orthopaedic Institute

2017                          Top Doctor – 10 years
                              Orthopaedic Surgery
                              A New York Metro Area Top Doctor for 10 Years
                              Castle Connolly Medical Ltd.

2011-2012                     Recipient – Best Doctors
                              Selected as one of The Best Doctors in America

Paul L. Kuflik, M.D.
Curriculum Vitae

**PATENTS**
Not applicable

**OTHER PROFESSIONAL ROLES**

| | |
|---|---|
| 1/1986-2003, 2006-2007 | American Medical Association |
| 7/1986-4/1994, 2012 | New York State Medical Society |
| 1988 | Member – American Academy of Orthopaedic Surgeons |
| 7/1989-Present | Diplomat American Board of Orthopaedic Surgery |
| 3/1991-Present | Active Fellow – American Academy of Orthopaedic Surgeons |
| 1992 | Moderator for the spine section for the Alumni Scientific Meeting, Hospital for Joint Diseases |
| 3/1996-12/1996 | Section Editor for Spine for the Editorial Board of the Bulletin for Hospital for Joint Diseases Orthopaedic Institute |
| 5/1998 | Moderator for the spine section for the Alumni Scientific Meeting, Hospital for Joint Diseases |
| 10/2000-Present | Scoliosis Research Society |
| 9/2009-Present | Society for Minimally Invasive Spine Surgery |
| 4/1994-Present | New York County Medical Society |
| 7/1992-Present | North American Spine Society |
| 1/1993-Present | New York State Society of Orthopedists |

Paul L. Kuflik, M.D.
Curriculum Vitae

3

## RESEARCH PROFILE

My research is focused on spinal deformity and clinical outcome studies related to disorders of the cervical and lumbar spine. Recent research projects include participation in a multicenter adult deformity outcome study, intervertebral dynamic disc spacer trial, and multicenter bone morphogenetic protein study. Also, I was co-investigator of a comparative study examining the efficacy of two interbody fusion techniques at restoring disc height, increasing neuroforaminal dimensions, and restoring lordotic alignment in the lumbosacral spine. Current projects include a collaborative study with pain management designed to evaluate whether brief lidocaine/ketamine infusions improve postoperative pain and functional restoration. In addition, I am participating in several prospective studies examining: 1) the influence of body mass index on outcome measures and perioperative complications and 2) sexual function and gender specific postoperative complications in patients with degenerative disease of the lumbar spine. My specific research focus is to continue to examine the outcome of various surgical procedures and identify predictive clinical and radiographic features that ultimately improve the clinical outcomes of patients with spinal disorders. Further, I have a particular interest in minimally invasive spine surgery. My intent is to direct clinical outcome studies associated with minimally invasive procedures at Mount Sinai.

As a researcher, I have published 11 articles in peer-reviewed journals and have coauthored 3 book chapters. In addition, my collaborative work has been presented at over 30 regional and national conferences.

## CLINICAL PROFILE

I am committed to providing optimal care of patients with complex spinal disorders and have been recognized as such by my peers. I have been awarded the prestigious "New York Metro Area Top Doctor for 10 years" and was selected as one of "The Best Doctors in America" in 2011. My particular expertise is in the application of segmental spinal instrumentation and minimally invasive techniques to treat disorders of the spine. I perform approximately 270 major spine surgeries per year and provide care for over 1500 outpatients in clinic yearly. Geographically, my referral base primarily comes from the tri-state area.

## IMPACT

As Director of the Scoliosis Clinic at the Hospital for Joint Diseases Orthopaedic Institute, from 1987-1996, I treated thousands of pediatric and adult spinal deformity patients and gained wide recognition as a spinal deformity surgeon. As such, I served as the Spine Section Editor for the

Paul L. Kofsik, M.D.                                    6
Curriculum Vitae

Editorial Board of the Bulletin for Hospital for Joint Diseases Orthopaedic Institute from 1995-1996.  Currently, I am Associate Director of the Spine Institute at Beth Israel Medical Center.

My teaching efforts have been directed at training over 40 spine fellows in our comprehensive spine program at Beth Israel Medical Center.  In addition, I was an active surgical and clinical mentor for our residents at Mount Sinai, Booth Memorial Medical Center, and Hospital for Joint Diseases. My academic role includes providing didactic lectures, research presentations, and case presentations to over 150 fellows and residents.

As well as an active clinical and research oriented practice, I am a member of several regional and national professional organizations.  These memberships include the American Academy of Orthopedic Surgeons, the North American Spine Society, the Scoliosis Research Society, and the Society for Minimally Invasive Spine Surgery (which only selects ~20 new members each year).

## GRANTS, CONTRACTS, FOUNDATION SUPPORT

### PAST GRANTS

| Title of Grant | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|
| Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable |

### CURRENT GRANTS

| Title of Grant | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|
| Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable |

### PENDING GRANTS

| Title of Grant | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|
| Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable |

Paul L. Kuflik, M.D.
Curriculum Vitae                          7

## INDUSTRY-SPONSORED STUDIES

| Project | Role in Project | Dates | Award | Other Info |
|---------|-----------------|-------|-------|------------|
| **Sponsor, Project Title.** ECDB Bayer HealthCare Pharmaceuticals "A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Parallel Design, 2-Arm Study to Investigate the Effect of Aprotinin on Transfusion Requirements in Patients Undergoing Elective Spinal Fusion Surgery" TN Trasylol Trial Unit Number 11789 – BAY s-01236 Project# 185-05 | Co-Investigator at Beth Israel Medical Center % Benefit/effort = 0% | December 5, 2005 – November 4, 2006 | < $0 | ▪ This was a Phase III clinical trial ▪ No subjects were enrolled, and no research took place at Beth Israel Medical Center ▪ The study drug was removed from the market |
| **Sponsor, Project Title.** ECDB Medtronic "A Fixed Prospective, Randomized Clinical Investigation of Recombinant Human Bone Morphogenetic Protein-2 and Compression Resistant Matrix with the CD Horizon Spinal System for Posterolateral Lumbar Fusion in Patients with Symptomatic Degenerative Disc Disease" IDE# 0000157 Project# 022-08 | Co-Investigator at Beth Israel Medical Center % Benefit/effort = <5% | April 1, 2002 – January 20, 2010 | ◊ $77,000 on 4/25/08 to support the Beth Israel Medical Center Research Program ◊ $6,480 from 1/09/03-12/21/04 reimbursement for case report form and radiographic data | |
| **Sponsor, Project Title.** ECDB Medtronic "A Prospective, Multicenter, Controlled Clinical Trial of an Artificial Cervical Disc – LP at a Single Level for Symptomatic Cervical Disc Disease" IDE# 0000058 Project# 082-05 | Co-Investigator at Beth Israel Medical Center % Benefit/effort = 5% | April 4, 2005 – Present | ◊ $18,153 on 2/21/07-9/14/07 to support the Beth Israel Medical Center Research Program ◊ $12,170 from 10/18/05-11/18/11 reimbursement for case report form and radiographic data | |

Paul L. Kufiik, M.D.
Curriculum Vitae

## INDUSTRY-SPONSORED STUDIES (Continued)

| Project | Role in Project | Dates | Award | Other Info |
|---|---|---|---|---|
| Sponsor, Project Title, PCODE: DePuy "Two Year Follow Up of the Charite Artificial Disc Compared to Anterior Lumbar Interbody Fusion with the BAK Cage" Project# 821-09 | Co-Investigator at Beth Israel Medical Center % time/effort = 0% | April 4, 2005 – September 30, 2005 | • $0 | No subjects were enrolled, and no research took place at Beth Israel Medical Center |
| Sponsor, Project Title, PCODE: Medtronic "Adult Deformity Outcomes Analysis" Project# 851-01 | Co-Investigator at Beth Israel Medical Center % time/effort = 1% | March 12, 2001 – February 7, 2008 | • $77,600 on 2/4/01 to support the Beth Israel Medical Center Research Program | ☆ This was an observational study |
| Sponsor, Project Title, PCODE: DePuy "SB Charite III Intervertebral Dynamic Disc Spacer" Project# 022-00 | Co-Investigator at Beth Israel Medical Center % time/effort = 5% | July 10, 2000 – July 20, 2005 | • $33,800 from 4/13/01-7/5/05 | |
| Sponsor, Project Title, PCODE: Zimmer Spine, Centerpulse Intl "A Clinical Study of the DYNESYS Spinal System as a Non-fusion Device for Spinal Stabilization" Project# 050-03 | Co-Investigator at Beth Israel Medical Center % time/effort = 0% | September 8, 2003 – September 12, 2009 | • $2,500 from 11/27/04-8/10/05 | |
| Sponsor, Project Title, PCODE: Axial Biotech, Inc "Unique Analysis and Home Mapping of Familial Scoliosis" Project# 210-00 | Co-Investigator at Beth Israel Medical Center % time/effort = 0% | October 28, 2002 – October 28, 2010 | ← $0 | ☆ No subjects were enrolled, and no research took place at Beth Israel Medical Center |

Paul L. Kuflik, M.D.
Curriculum Vitae

9

## TRAINEES

| Name | Level of Trainee | Role in Training & Inclusive Dates of Training | Training Venue | Trainee Current Status/Professional Appointment |
|---|---|---|---|---|
| Matar, Baldar | Spine Fellow | Surgical Mentor Aug 1, 1989–July 31, 1990 | Hospital for Joint Diseases | |
| Lakhit, Sean | Spine Fellow | Surgical Mentor Aug 1, 1990–July 31, 1991 | Hospital for Joint Diseases | |
| Louvili, Troy | Spine Fellow | Surgical Mentor Aug 1, 1991–July 31, 1992 | Hospital for Joint Diseases | |
| Brill, Julia | Spine Fellow | Surgical Mentor Aug 1, 1991–July 31, 1992 | Hospital for Joint Diseases | |
| Sando, John | Spine Fellow | Surgical Mentor Aug 1, 1993–July 31, 1994 | Hospital for Joint Diseases | |
| Latlas, Lynn | Spine Fellow | Surgical Mentor Aug 1, 1993–July 31, 1994 | Hospital for Joint Diseases | |
| Gleason, Gerard | Spine Fellow | Surgical Mentor Aug 1, 1994–July 31, 1995 | Hospital for Joint Diseases | |
| Rahmalah, Manfred | Spine Fellow | Surgical Mentor Aug 1, 1994–July 31, 1995 | Hospital for Joint Diseases | |
| Hirensky, Yigal | Spine Fellow | Surgical Mentor Aug 1, 1995–July 31, 1996 | Hospital for Joint Diseases | |
| Chera, Madin | Spine Fellow | Surgical Mentor Aug 1, 1996–July 31, 1996 | Hospital for Joint Diseases | |
| O'Shea, Sean | Spine Fellow | Surgical Mentor Jan 1997–July 2007 | Beth Israel Medical Center | |
| Blast, Peldan | Spine Fellow | Surgical Mentor Aug 1, 1997–July 31, 1998 | Beth Israel Medical Center | |
| Salya, Leo | Spine Fellow | Surgical Mentor Aug 1, 1998–July 31, 1999 | Beth Israel Medical Center | |
| Dambriniae, Landau | Spine Fellow | Surgical Mentor Aug 1, 1999–July 31, 1999 | Beth Israel Medical Center | |
| Haughter, Davy | Spine Fellow | Surgical Mentor Aug 1, 1999–July 31, 2000 | Beth Israel Medical Center | |
| Shavon, Mark | Spine Fellow | Surgical Mentor Aug 1, 2000–July 31, 2001 | Beth Israel Medical Center | |
| Angeline, Mark | Spine Fellow | Surgical Mentor Aug 1, 2000–July 31, 2001 | Beth Israel Medical Center | |

Paul L. Kuflik, M.D.
Curriculum Vitae

10

## TRAINEES (Continued)

| Name | Level of Training | Role in Training & Inclusive Dates of Training | Training Venue | Trainees' Current Status/Employment |
|---|---|---|---|---|
| Yucan, Iris | Spine Fellow | Surgical Master Aug 1, 2001-July 31, 2002 | Beth Israel Medical Center | |
| Haxamini, Abdi | Spine Fellow | Surgical Master Aug 1, 2002-July 31, 2002 | Beth Israel Medical Center | |
| Hopkins, Gail | Spine Fellow | Surgical Master Aug 1, 2003-July 31, 2003 | Beth Israel Medical Center | |
| Cohlaga, Neil | Spine Fellow | Surgical Master Aug 1, 2003-July 31, 2003 | Beth Israel Medical Center | |
| Nisce, Cruz | Spine Fellow | Surgical Master Aug 1, 2003-July 31, 2003 | Beth Israel Medical Center | |
| Bischer, Heinz | Spine Fellow | Surgical Master Aug 1, 2003-July 31, 2004 | Beth Israel Medical Center | |
| Kamel, George | Spine Fellow | Surgical Master Aug 1, 2003-July 31, 2004 | Beth Israel Medical Center | |
| Greene, David | Spine Fellow | Surgical Master Aug 1, 2003-July 31, 2004 | Beth Israel Medical Center | |
| Agudelo, Fhost | Spine Fellow | Surgical Master Aug 2, 2004-July 31, 2005 | Beth Israel Medical Center | |
| Brody, Robert | Spine Fellow | Surgical Master Aug 1, 2004-July 31, 2005 | Beth Israel Medical Center | |
| Huang, John | Spine Fellow | Surgical Master Aug 1, 2004-July 31, 2005 | Beth Israel Medical Center | |
| Ramprasant, Clem | Spine Fellow | Surgical Master Aug 1, 2005-July 31, 2006 | Beth Israel Medical Center | |
| Sharma, Kishin | Spine Fellow | Surgical Master Aug 1, 2005-July 31, 2006 | Beth Israel Medical Center | |
| Tuyyala, Arif (Jair) | Spine Fellow | Surgical Master Aug 1, 2005-July 31, 2006 | Beth Israel Medical Center | |
| Yoplanski, Adam | Spine Fellow | Surgical Master Aug 1, 2006-July 31, 2007 | Beth Israel Medical Center | |
| Chirquake, Gita | Spine Fellow | Surgical Master Aug 1, 2006-July 31, 2007 | Beth Israel Medical Center | |
| Subramanian, Kevin | Spine Fellow | Surgical Master Aug 1, 2006-July 31, 2007 | Beth Israel Medical Center | |

Paul L. Kuflik, M.D.
Curriculum Vitae     11

## TRAINEES (Continued)

| Name | Level of Training | Role in Training & Inclusive Dates of Training | Training Venue | Trainees' Current Status/Employment |
|------|-------------------|-----------------------------------------------|----------------|--------------------------------------|
| Brandoff, Jared | Spine Fellow | Surgical Mentor Aug 1, 2007-July 31, 2008 | Beth Israel Medical Center | |
| Joseph, Samuel | Spine Fellow | Surgical Mentor Aug 1, 2007-July 31, 2008 | Beth Israel Medical Center | |
| Merkowitz, Marc | Spine Fellow | Surgical Mentor Aug 1, 2007-July 31, 2008 | Beth Israel Medical Center | |
| Courtax, Esteban | Spine Fellow | Surgical Mentor Aug 1, 2008-July 31, 2009 | Beth Israel Medical Center | |
| Navalli, Brian | Spine Fellow | Surgical Mentor Aug 1, 2008-July 31, 2009 | Beth Israel Medical Center | |
| Smith, Brian | Spine Fellow | Surgical Mentor Aug 1, 2009-July 31, 2010 | Beth Israel Medical Center | |
| Hitchman, Brett | Spine Fellow | Surgical Mentor Aug 1, 2009-July 31, 2010 | Beth Israel Medical Center | |
| Yaghoublan, Arash | Spine Fellow | Surgical Mentor Aug 1, 2010-July 31, 2011 | Beth Israel Medical Center | |
| George, Zachariah | Spine Fellow | Surgical Mentor July 1, 2011-June 31, 2012 | Beth Israel Medical Center | |
| Larson, Nadia | Spine Fellow | Surgical Mentor Aug 1, 2011-July 31, 2012 | Beth Israel Medical Center | |

Paul L. Kuflik, M.D.
Curriculum Vitae

12

## TEACHING ACTIVITIES

| Teaching Activity/Topic | Level | Role | Indicate Level and Number of Learners Taught, and Venue | Number of hours Weeks/mo/th/yr | Eval Summary | Years Taught |
|---|---|---|---|---|---|---|
| Physician Assistant Program | Departments | Instructor in Surgery | Physician assistants (25) Touro College Orthopaedic | 4 hours/week | | 1/95-4/96 |
| Resident Clinic | Departments | Clinical Mentor | Residents (50) Fellows (20) Hospital for Joint Diseases | Clinical Training: 1 day/week | | 1/97-12/96 |
| Clinical and Didactic | Departments | Teaching orthopaedic house staff management of spinal disorders and spinal surgery | ▪ Mount Sinai (1/87-9/91) Residents (9) ▪ Booth Memorial Medical Center (7/92-12/92) Residents (3) ▪ Hospital for Joint Diseases (1/92-12/96) Residents (50) Fellows (20) | 20 hours/week | | 1/87-12/96 |
| X-Ray Conference | Departments | Lecturer | Residents (50) Fellows (20) Hospital for Joint Diseases | 3 hours/week | | 1/87-12/96 |
| Journal Club | Departments | Lecturer | Residents (50) Fellows (20) Hospital for Joint Diseases | 1 hour/week | | 1/87-12/96 |
| Inpatient Rounds | Departments | Surgical & Clinical Mentor | Residents (50) Fellows (20) Hospital for Joint Diseases | 2 hours/week | | 1/87-12/96 |
| Spine Fellowship Training | Departments | Surgical & Clinical Mentor | Fellows (4-6) | DR Training: 2 days/wk Clinical Training: 1 day/wk | | 9/91-Present |
| Role of Surgery on Low Back Pain | Departments | Lecturer (Grand Rounds) | Residents (25) Fellows (5) | 1/year | | 4/27/05 |
| Minimally Invasive Spinal Surgery | Departments | Lecturer (Grand Rounds) | Attendings (20) PAs (5) | 1/year | | 11/05/09 |
| Nerve Lateral Interbody Fusion | Departments | Lecturer (Grand Rounds) | Attendings (25) PAs (5) | 1/year | | 5/19/11 |

Paul L. Kuflik, M.D.
Curriculum Vitae

19

## ADMINISTRATIVE LEADERSHIP APPOINTMENTS

### INTERNAL

#### RESEARCH/CLINICAL/TEACHING/ GENERAL ADMINISTRATION

| | |
|---|---|
| 1/1987-12/1996 | Director |
| | Scoliosis Clinic |
| | Hospital for Joint Diseases Orthopaedic Institute |
| | New York, NY |
| 2/1993 | Program Chairman, Alumni Meeting |
| | Hospital for Joint Diseases Orthopaedic Institute |
| | New York, NY |
| 2/1994 | President, Alumni Association |
| | Hospital for Joint Diseases Orthopaedic Institute |
| | New York, NY |
| 12/1996-Present | Associate Director |
| | The New York Spine Institute |
| | Beth Israel Medical Center |
| | New York, NY |

Paul L. Kuflik, M.D.                          14
Curriculum Vitae

## PUBLICATIONS

## PEER REVIEWED ORIGINAL CONTRIBUTIONS

1.   Kuflik P, Ankolekar A, Stachin SA, Bernstein R.   Interscalene brachial plexus block anesthesia for upper extremity surgery. J Hand Surg Am 1986 Mar;11(2):246-8.

2.   Reich SM, Kuflik P, Neuwirth M. Translumbar facet screw fixation in lumbar spine fusion. Spine 1993 Mar 15;18(4):444-9.

3.   Margulies JY, Floman Y, Robin GC, Neuwirth MG, Kuflik P, Weidenbaum M, Farcy JP. An algorithm for selection of instrumentation levels in scoliosis. Eur Spine J 1998;7(2):88-94.

4.   Cohen I, Lee KS, Henry G, Butmsova M, Slimbacker AM, Neuwirth MG, Kuflik PL, Casden AM, Bitan FD.   Intraoperative arterial line artifact associated with SSEPs and motor evoked potentials.  Am J END Tsxinol 1999 Sep 1;39:165-72.

5.   Bitan FD, Neuwirth MG, Kuflik PL, Casden A, Bloom N, Siddiqui S.  The use of short and rigid anterior instrumentation in the treatment of idiopathic thoracolumbar scoliosis: a retrospective review of 24 cases. Spine 2002 Jul 15;27(14):1553-7.

6.   Tayyab NA, Marillac MM, Rivlin M, Bareksheivili K, Bitan FD, Casden AM, Kuflik P, Neuwirth MG. Efficacy of aprotinin as a blood conservation technique for adult deformity spinal surgery: a retrospective study. Spine 2008 Jul 15;33(16):1775-81.

7.   Joseph SA Jr, Bareksheivili K, Marillac MM, Rivlin M, Shenma K, Casden A, Bitan F, Kuflik P, Neuwirth M. Blood conservation techniques in spinal deformity surgery: a retrospective review of patients refusing blood transfusion. Spine 2008 Oct 1;33(21):2310-5.

8.   Chiangelis G , Wisheck S, Bereksheivili K, Penicy M, Casden AM, Kuflik PL, Neuwirth MG. The complication rate in revision cervical surgery using previous surgical incision: a retrospective study. Spine J (Submitted)

Case 1:15-cv-02845-ERK-RML   Document 21-12   Filed 09/15/17   Page 21 of 40 PageID #: 194

Paul L. Kuflik, M.D.
Curriculum Vitae                                        15

## PUBLICATIONS (Continued)

### OTHER PEER REVIEWED PUBLICATIONS

1.  Kolowich A, Kuflik P, Bitan F, Casden A, Neuwirth M. Evidence-based review of the role of aprotinin in blood conservation during orthopedic surgery. J Bone Joint Surg Am 2005 May;87(5):1129-36. Review.

2.  Wollowick AL, Casden AM, Kuflik PL, Neuwirth MG. Rheumatoid arthritis in the cervical spine: what you need to know. Am J Orthop 2007 Aug;36(8):400-6. Review.

3.  Glickman A, Richards S, Morelli BN, Joseph SA Jr, Casden A, Kuflik P, Neuwirth M, Stephen M. Cauda equina syndrome: a comprehensive review. Am J Orthop 2008;Nov;37(11):556-62. Review.

4.  Joseph SA Jr, Moreno AP, Brandoff J, Casden AM, Kuflik P, Neuwirth M, Stephen M. Sagittal plane deformity in the adult patient. J Am Acad Orthop Surg 2009 Jun;17(6):378-88. Review.

5.  Plantar flap reconstruction of the cervical spine for repair of osteoradionecrosis. Powell DK, Jacobson AS, Kuflik PL, Persky MS, Silberzweig JE, Khorsandi AS. Spine J. 2013 Nov;13(11):e17-21. doi: 10.1016/j.spinee.2013.06.004. Epub 2013 Aug 8. PMID: 23932779 [PubMed - in process]

### BOOKS AND BOOK CHAPTERS

1.  Ginsole GJ, Kuflik P.  Spondylolysis and spondylolisthesis.  Orthopaedic comprehensive study guide.  McGraw Hill; Spring 1997.

2.  Ginsole GJ, Kuflik PL, Spivak JM.  Pediatric spine: Spondylolisthesis. In: Spivak JM, Di Cesare FB, Feldman DS, Koval KJ, Rokito AS, Zuckerman JD, editors. Orthopaedics: a study guide. New York: McGraw-Hill; 1999. p. 419-26.

3.  Lotke LJ, Kuflik FL. Adult spine: deformity.  In: Spivak JM, Di Cesare FB, Feldman DS, Koval KJ, Rokito AS, Zuckerman JD, editors.  Orthopaedics: a study guide.  New York: McGraw-Hill; 1999. p. 365-71.

### NON-PEER REVIEWED PUBLICATIONS

1.  Kuflik PL. The Effect of DMSO on Papain-Induced Arthritis in Rabbit Knee Joints [research project]. Syracuse (NY): Upstate Medical Center; 1980.

Paul L. Kuflik, M.D.                    16
Curriculum Vitae

## INVITED LECTURES/PRESENTATIONS

1. Jaffe W, Kuflik PL, Gold S. Normalized and proportionalized femoral stem design: a six year clinical experience. Convention of the American Academy of Orthopaedic Surgeons 1985.

2. Kuflik PL. Overview of treatment of spine fractures. Mt. Sinai Trauma Conference 1985 Jun.

3. Reich J, Kuflik PL, Neuwirth MG. Translaminar facet screw fixation for lumbar arthrodesis. NASS 1991.

4. Giordano C, Kuflik PL, Spivak J, Neuwirth MG, Moskovich R, Brisson P. A prospective randomized trial of supplemental peripheral nutrition after one stage anterior and posterior spinal reconstructive surgery. Alumni Meeting, Hospital for Joint Diseases 1993 Oct 29.

5. Ruzer S, Marsicano J, Neuwirth MG, Kuflik PL, Bloom N. Circumferential fusion in the adult lumbar spine. Alumni Meeting, Hospital for Joint Diseases 1993 Oct 29.

6. Margulies JY, Floman Y, Neuwirth MG, Kuflik PL, Robin GC, Mirovsky Y, Farcy JP, Weidenbaum M. Correction of spinal deformities, an algorithm for selection of instrumentation levels and degree of curve reduction. Scoliosis Research Society, Exhibit 18; 1993; Dublin, Ireland.

7. Bendo J, Neuwirth MG, Spivak J, Kuflik PL, Bloom M, Chung P. Circumferential lumbar fusion using femoral head allograft for anterior interbody fusion. Presented at spine session for the Alumni Scientific Meeting, Hospital for Joint Diseases; 1995 May 19; New York.

8. Bendo J, Neuwirth MG, Spivak J, Kuflik PL, Chung P. Fresh frozen femoral head allograft for anterior interbody fusion used in circumferential lumbar fusions. Presented at American Academy of Orthopaedic Surgeons; 1996.

9. Bitan F, Neuwirth MG, Kuflik PL, Casden AM, Bloom N, Siddiqui S, Thomas F. The use of solid anterior instrumentation in the treatment of idiopathic thoraco-lumbar scoliosis; a three-year follow-up study. Presented at Scoliosis Research Society, 33rd Annual Meeting; 1998.

10. Kuflik PL. Sagittal plane deformity in scoliosis surgery. GICD Meeting; 2000 Dec 8-9; New York.

11. Kuflik PL, Bender A, Silvergield R. Controversies in back injuries: a multidisciplinary

Paul L. Kuflik, M.D.
Curriculum Vitae                    17

panel discussion. NYS Bar Association; 2001 Jun 8.

## INVITED LECTURES/PRESENTATIONS (Continued)

12.   Blacher HD, Bitan FD, Lipp MI, Ponigus SA, Casden AM, Kuflik PL, Neuwirth MG. Correlation of discogram findings with surgical outcomes following total disc replacement. Presented at Spine Arthroplasty Society Meeting; 2004 Mar; Austria.

13.   Kuflik PL. Update on the role of surgery for low back pain. Presented at Grand Rounds, Beth Israel Medical Center Department of Pain Medicine and Palliative Care; 2006 Apr 27; New York.

14.   Rivlin M, Mariller MM, Roonganpput C, Muñ K, Punikpups CN, Bitan FD, Casden AM, Neuwirth MG, Kuflik PL. Fusion rates of patients treated with RhBMP-2 (Infuse) in primary multilevel posterolateral lumbar fusion surgery. Presented at International Meeting on Advanced Spine Techniques; 2006; Athens, Greece.

15.   Sharma KM, Mariller MM, Casden AM, Bitan FD, Kuflik PL, Neuwirth MG. Spinal deformity surgery in patients refusing blood transfusion. Presented to Scoliosis Research Society; 2006; Monterey, USA.

16.   Sharma KM, Mariller MM, Casden AM, Bitan FD, Kuflik PL, Neuwirth MG. Spinal deformity surgery in patients refusing blood transfusion. Presented to International Meeting on Advanced Spine Techniques; 2006; Athens, Greece.

17.   Tayyab NA, Mariller MM, Rivlin M, Casden AM, Bitan FD, Kuflik PL, Neuwirth MG. Efficacy of aprotinin as a blood conservation technique for adult deformity spinal surgery: a retrospective study. Presented as oral presentation at International Meeting on Advanced Spine Techniques; 2007; Paradise Islands, Bahamas.

18.   Brasdoff J, Ketevan Berekashvili K, Casden AM, Kuflik PL, Neuwirth MG. Change in neuroforaminal dimensions after interbody fusion. Presented at the Spine Institute's 13th Annual Fellows Conference; 2008 May 28; New York.

19.   Menkowitz M, Berekashvili K, Casden AM, Kuflik PL, Neuwirth MG.   Patient satisfaction following three or more level circumferential spinal fusion for degenerative conditions of the lumbar spine. Presented at the Spine Institute's 13th Annual Fellows Conference; 2008 May 28; New York.

20.   Joseph SA Jr, Berekashvili K, Casden AM, Kuflik PL, Neuwirth MG.   Two-stage anterior and posterior reconstructive surgery: early staged (1-2 days wait) vs. late staged (3-7 days wait) procedures. Presented at the Spine Institute's 13th Annual Fellows Conference; 2008 May 28; New York.

21.   Kuflik PL. The role of minimally invasive spine surgery. Presentation to the Northern Valley Rehabilitation Society; 2009 Jan 20.

Paul L. Kufik, M.D.                              18
Curriculum Vitae

INVITED LECTURES/PRESENTATIONS (Continued)

22.   Morelli B, Wishnek S, Casden AM, Kufik PL, Neuwirth MG. Sexual function in men and
      women after lumbar fusion surgery for low back pain. Presented at the Spine Institute's 14th
      Annual Fellows Conference; 2009 Apr 30; New York.

23.   Coates E, Morelli B, Wishnek S, Casden AM, Kufik PL, Neuwirth MG. Change in
      neuroforaminal dimensions after ALIF vs TLIF. Presented at the Spine Institute's 14th
      Annual Fellows Conference; 2009 Apr 30; New York.

24.   Coates E, Morelli B, Wishnek S, Casden AM, Kufik PL, Neuwirth MG. Change in
      neuroforaminal dimensions after ALIF vs TLIF. Presented at the International Meeting on
      Advanced Spine Techniques; 2009 Jul; Vienna, Austria.

25.   Kufik PL. Update on minimally invasive spinal surgery. Presented at Grand Rounds, Beth
      Israel Medical Center Department of Pain Medicine and Palliative Care; 2009 Nov 20;
      New York.

26.   Hulench S, Wishnek S, Casden AM, Kufik PL; Neuwirth MG.  Preoperative vitamin K to
      minimize scoliosis operative blood loss. Presented at the Spine Institute's 15th Annual
      Fellows Conference; 2010 Apr 29; New York.

27.   Yaghoobian A, Wishnek S, Casden AM, Kufik PL, Neuwirth MG. Effect of BMI on
      outcome and complication rate after spine surgery. Presented at the Spine Institute's 16th
      Annual Fellows Conference; 2011 Apr 28; New York.

28.   Kufik PL. Direct lateral interbody fusion (DLIF) of the lumbar spine – indications,
      technique, results. Presented at Grand Rounds, Beth Israel Medical Center Department of
      Orthopedic Surgery; 2011 May 19; New York.

29.   Casden AM, Kufik PL, Neuwirth MG.  Cases of lumbosacral junction trials and
      tribulations. Presented at the Spine Institute's 17th Annual Fellows Conference; 2012 Apr
      26; New York.

30.   Neuwirth MG, Kufik PL. So you think you want to be a spine surgeon: what was I
      thinking? Presented at the Spine Institute's 17th Annual Fellows Conference; 2012 Apr
      26; New York.

Paul L. Kuflik, M.D.
Curriculum Vitae

19

## VOLUNTARY PRESENTATIONS

1. Reich J, Kuflik PL, Neuwirth MG. Translaminar facet screw fixation for lumbar arthrodesis. AAOS 1992, Poster Exhibit.

2. Lee K, Cohen J, Neuwirth MG, Kuflik PL, Tudel J, Henry G. Intraoperative monitoring of transcranial electrical motor evoked potentials during scoliosis surgery. Abstract Presentation, American Clinical Neurophysiology Society Meeting; 1998.

3. Tayyab NA, Mariller MM, Rivlin M, Casden AM, Bitan FD, Kuflik PL, Neuwirth MG. Efficacy of aprotinin as a blood conservation technique for adult deformity spinal surgery: a retrospective study. Presented as e-poster at Scoliosis Research Society; 2007; Edinburgh, Scotland.

4. Khoyfits V, Math K, Casden AM, Kuflik PL, Neuwirth MG. Change in neuroforaminal dimensions after lumbar interbody fusion. Presentation as e-poster at 15th International Meeting on Advanced Spine Techniques; 2008 Jul; Hong Kong, Hong Kong.

5. Joseph SA Jr, Barshashvili K, Casden AM, Kuflik PL, Neuwirth MG. Incidence of stress fracture after lumbar fusion. Presentation as e-poster 15th International Meeting on Advanced Spine Techniques; 2008 Jul; Hong Kong, Hong Kong.

## EXHIBITS

1. Lefko L, Bloom N, Kuflik PL, Neuwirth MG. Anterior extrapleural thoracoplasty for scoliosis: an alternative technique. Scoliosis Research Society; 1995 Sept; Atlanta.

## ABSTRACTS

1. Lee KS, Cohen J, Neuwirth MG, Kuflik PL, Tuel JJ, Blowitz EH, Bloom ND, Casdens FP, Kaufman AG, Henry G. Intraoperative monitoring of transcranial electrical motor evoked potentials: a review of 50 cases. Neurology 1998;50:A165.

2. Henry G, Cohen J, Lee KS, Neuwirth MG, Kuflik PL, Casden AM, Bloom ND, Bitan FD. Technical aspects of transcranial electrical motor evoked potentials. Am J END Technol 1998;38:308.

B

## Legal Cases

### Testified/Deposed

| Case | Location | Date |
|---|---|---|
| Hector Reynosa | Supreme Court, Kings County | 6/15 |
| Richard Marzec v. Garsh Garage **Corp., et al.** | Supreme Court, New York County  **Index No.:  103556/11** | 1/28/14 |
| Michele Brown (non-party witness) | | 10/2013 |

C



Paul L. Kuflik, MD
*Associate Professor*
*Orthopaedic Spine Surgery*

*Mailing and Office Address*
Icahn School of Medicine at Mount Sinai
5 East 98ᵗʰ Street, 4ᵗʰ Floor, Box 1188
New York, NY 10029-6574
T 212-241-1072
F 646-537-9449

January 25, 2017

Michael Giacopelli Esq.
Lewis, Brisbois, Bisgaard & Smith
77 Water Street, Suite 2100
New York, New York 10005

Re: Zbigniew Papiez
Date of Injury: 10/31/2013

Dear Mr. Giacopelli,

I performed an independent medical examination with regard to the spine on Mr. Papiez at my office at 5 East 98ᵗʰ Street, New York City, New York 10029 at approximately noon on December 15, 2016. A Polish interpreter Mr. Spinner from Starr Interpreters was present throughout. Mr. Zaborowski a representative of the plaintiff's attorney Edelman and Edelman was present as well. Mr. Papiez's NYS driver's license was used for identification.

The history as obtained from Mr. Papiez is that he is a 47-year-old right hand dominant gentleman who was shopping in Home Depot on October 31, 2013 when brick(s) fell on his back. There was no loss of consciousness. He had the immediate onset of pain in the upper spine and neck. He was knocked down to his knees. He was taken by 911 ambulance to Elmhurst Hospital emergency where he was evaluated and treated. He was discharged home and told to follow-up with his primary care doctor. He was not employed at the time, and he has not been employed since the accident. He was previously a contractor. He was treated with injections and epidural steroid injections and ultimately underwent surgery by Dr. Andrew Merola approximately one year after the event. He does not recall the exact date. The surgery was performed at Columbia Presbyterian Downtown Manhattan. Prior to the surgery he had pain in the back of his neck, which he rates as an 8 to 9 on a scale of 0 to 10. The pain radiated to both shoulders, both hands, and arms with numbness in both of his hands. Following the surgery the pain has lessened so that it is now a 4 to 5 on a scale of 0 to 10, but he remains with numbness and tingling of the fourth and fifth digits of his right hand. He denies any problems with his dexterity or fine motor control. He attended physical therapy post operatively, but that stopped one to two weeks ago. He exercises on his own. Prior to the surgery he was treated by Dr. Podhorodecki. Currently he has pain in the back of his neck that he rates as a 4 to 5 on a scale of 0 to 10. There is numbness in the radial fourth and fifth digit of

Re: Zbigniew Papiez
Date of Injury: 10/31/2013

1



**Mount Sinai**

Paul L. Kulik, MD
*Associate Professor*
*Orthopaedic Spine Surgery*

*Mailing and Office Address*
Icahn School of Medicine at Mount Sinai
5 East 98th Street, 4th Floor, Box 1188
New York, NY 10029-6574
T 212-241-1072
F 646-537-9449

the right hand. He denies any problems with the remainder of his spine. He wears a soft collar because he claims it makes him feel better and safer. He feels that the collar "suits him". He claims that since his surgery he feels like there is something stuck in his throat.

Past medical history is significant for a work related injury eight years prior to this accident. He was treated with an anterior cervical discectomy and fusion by Dr. Merola. He does not recall when the surgery was performed. He claims that he got all better following that surgery with no residual issues, though he never returned to work. He claims he did not return to work because his wife started a preschool and he felt that he should be available to help out. He said for approximately four to five years after his first surgery he did not do any work around the house, but then started to resume doing work around the house and was functioning almost normally, he just chose not to return to work. His pain is aggravated by sleeping on his back or sitting in a chair. The only thing that makes him feel better is medications and an ointment that he puts on his back.

He can sit comfortably usually for 5 minutes with a maximum of 60 minutes; he can stand for 5 to 10 minutes and walk 3 or 4 blocks. He denies any bladder or bowel dysfunction. He had hernia surgery approximately 25 years ago, and left lung surgery greater than 10 years ago. He denies any other traumatic events. Past medical history is otherwise negative. He denies any other medical problems.

Current medications are Percocet 4 tablets each day, Gabapentin 300 mg at night, occasionally taking 600mg, and an ointment which he puts on the back of his neck. He denies any allergies to medications. He smokes one pack per day. He does not consume alcohol. He is able to perform his activities of daily living. He is able to drive short distances of 10 to 15 minutes.

Mr. Papiez was instructed before the examination and during the examination to report any pain and to avoid performing any maneuvers that he felt could worsen his symptoms or condition. He indicated that he understood this. Opportunities for breaks during the examination were offered. The examination was completed without complaints or signs of injury.

On examination he arrived wearing a soft cervical collar that he removed for the examination. He is in no apparent distress. He is a pleasant, cooperative gentleman. He moves about the exam room without any difficulty. He gets up

Re: Zbigniew Papiez
Date of Injury: 10/31/2013

2



**Mount Sinai**

Paul L. Kuflik, MD
*Associate Professor*
*Orthopaedic Spine Surgery*

*Mailing and Office Address*
Icahn School of Medicine at Mount Sinai
5 East 98th Street, 4th Floor, Box 1138
New York, NY 10029-6574
T 212-241-1072
F 646-537-9449

and down from the examination table without difficulty. He independently changed into a gown for the examination. He is 5'8" tall and weighs 175 pounds. He is a well-nourished, well-developed gentleman. He has a normal gait. He is able to toe walk, heel walk and demonstrate tandem gait. On active range of motion testing of the lumbar spine he will bend forward 80 degrees, extend 40 degrees, has 20 degrees of right and left lateral bending, and 30 degrees of right and left rotation. His motion is fluid and unrestricted. On active range of motion testing of the cervical spine he will demonstrate 45 degrees of flexion, 20 degrees of extension, 20 degrees of right and left lateral bending, and 40 degrees of right and left rotation. Motion is restricted by subjective complaints of pain. A goniometer was used to assist in measurement.

Normal range of motion lumbar spine:

Flexion 75-90 degrees
Extension 25-30 degrees
Lateral right bending 30 degrees
Lateral left bending 30 degrees
Rotation to the right 30 degrees
Rotation to the left 30 degrees

Normal range of motion of the cervical spine:

Flexion 45-60 degrees
Extension 45-60 degrees
Lateral bending to the right 40-45 degrees
Lateral bending to the left 40-45 degrees
Lateral rotation to the right 70-90 degrees
Lateral rotation to the left 70-80 degrees

He has two parallel well-healed non-tender transverse incisions in the base of his neck on the left side. They are each 3 cm in length. He informs me the lower one is the newer incision. Motor examination of the upper and lower extremities is 5/5. Sensation is diminished in the right upper extremity in a global non-dermatomal fashion. There is no evidence of clonus, Hoffmann's or Babinski's, or Spurling's sign. Straight leg raising is negative bilaterally. Deep tendon reflexes are 1 plus in the upper extremities, 3 plus in the lower extremities. There is no evidence of atrophy. There is no para spinal muscle spasm or tenderness.

Re: Zbigniew Papiez
Date of Injury: 10/31/2013

3



Paul L. Kulik, MD
*Associate Professor*
*Orthopaedic Spine Surgery*

**Mount Sinai**

*Mailing and Office Address*
Icahn School of Medicine at Mount Sinai
5 East 98th Street, 4th Floor, Box 1188
New York, NY  10029-6574
T 212-241-1072
F 646-537-9449

I have reviewed the following medical records:

1. Examination before trial of Mr. Papiez 02/16/16.
2. Medical records All County Radiology.
3. Medical records New York Ortho, Sports Medicine & Trauma.
4. Prehospital care FDNY report 10/31/13.
5. Medical records Andrew Merola, M.D.
6. Verified bill of particulars.
7. Medical records Dr. Grimm MD.
8. Medical records Dr. Podhorodecki MD.
9. Medical records Elmhurst Hospital Center.
10. Medical records Green Point Diagnostic Imaging.
11. Medical records Markow Apteka Pharmacy.
12. Medical records New York Presbyterian Hospital lower Manhattan.
13. Medical records Park Place Medical Imaging.
14. Medical records Personal Health Imaging.
15. Medical records AMR Nurse Consultants Kimberly Kushner RN
16. Expert report J. Kahn MD
17. Expert report Vocational Economics

I reviewed the following imaging studies.

1. MRI of the cervical spine performed April 29, 2015 at All County LLC.
2. Ap and Lat x-ray of the cervical spine Greenpoint Radiology 11/19/14
3. Ap and Lat x-ray of the cervical spine Greenpoint Radiology 8/3/15.
4. MRI Cervical Spine Park Place Medical Imaging 12/9/13.

Prehospital care report summary dated October 31, 2013 indicates Mr. Papiez was complaining that his neck hurts. "He was complaining of neck pain after a brick paver fell on him". He was placed in a cervical collar and long board. He was noted to be neurologically intact. There were no visible injuries. His vitals were stable.

The Elmhurst Hospital emergency room records indicate that Mr. Papiez arrived via ambulance. He was complaining of neck pain after bricks fell on him. There was no loss of consciousness. He reported that he takes Vicodin daily for the last five years after a previous fall at work and cervical spine fusion surgery. Examination revealed that his neck was supple. There was no cervical, thoracic

Re: Zbigniew Papiez
Date of injury: 10/31/2013



Paul L. Kuflik, MD
*Associate Professor*
*Orthopaedic Spine Surgery*

*Mailing and Office Address*
Icahn School of Medicine at Mount Sin...
5 East 98th Street, 4th Floor, Box 1188
New York, NY 10029-6574
T 212-241-1072
F 646-537-9449

or lumbar spine tenderness. He was able to turn his head left and right greater than 45 degrees. A CT scan of the brain was noted to be normal. He had no midline cervical tenderness and full range of motion of his neck. At the time of discharge from the emergency room his pain level was a 1 on a scale of 0 to 10. It would appear his complaints and findings in the cervical spine were so minimal imaging studies of the neck were not performed.

On 11/6/2013 Dr. Crone notes an MRI performed on May 6 2006 demonstrated a right C5-C6 central right herniated disc, small central herniation at C6-C7 central subligamentous protrusion C4-C5.

I reviewed a report of an MRI of the cervical spine performed on December 9, 2013 at Park Place Medical Imaging. The report describes previous surgery at the C5-C6 level. There is a right foraminal para-sagittal herniation at C6-C7 with hemi cord compression and impingement on the exiting C7 and C8 nerve roots. I reviewed these images. I do not appreciate the right foraminal para-sagittal disc herniation mentioned in the report. There is neither hemi-cord compression appreciated nor C7 or C8 nerve root impingement. There is no evidence of acute injury. There is a shallow right disc – osteophyte complex at C6-C7 that is pre-existing, of chronic duration and not traumatically induced. It is not causing spinal cord or nerve root compression.

Dr. Merola's records from prior to this accident indicate that Mr. Papiez had been involved in a work related injury. He noted in November 2007 that Mr. Papiez had a severe and unremitting mechanical axial neck pain with radiation into both upper extremity C6 distributions. He performed an anterior cervical discectomy and fusion at the C5-C6 level on 12/11/07. On July 14, 2008, Dr. Merola notes Mr. Papiez has adjacent segment disc herniations, indicating the C6-C7 disc pathology was present already in July 2008. He notes Mr. Papiez is totally disabled. On February 16, 2009, and on June 28, 2010 he notes that Mr. Papiez continues to have severe chronic neck pain, marked restriction of motion with 20 degrees of flexion, 0 degrees of extension, lateral bending to the right of 25 degrees and to the left of 15 degrees, rotation to the right of 10 degrees and rotation to the left of 5 degrees. He has difficulty in performing his activities of daily living, and finds that he has a total permanent disability. He had numbness tingling and absent sensation in the C4, C5 and C6 distributions. This would include the distribution of his current complaints of numbness tingling in his right 2nd and 3rd digits. Dr. Merola notes residual neurologic deficits, the need for chronic narcotic medication, assistance with activities of daily living, and chronic

Re: Zbigniew Papiez
Date of Injury: 10/31/2013

5



Paul L. Kulilk, MD
*Associate Professor*
*Orthopaedic Spine Surgery*

*Mailing and Office Address*
Icahn School of Medicine at Mount Sinai
5 East 98th Street, 4th Floor, Box 1188
New York, NY  10029-6574
T 212-241-1072
F 646-537-9449

pain. In 2010, three years prior to the event on 10/31/13, Dr. Merola suggests further cervical spine surgery may very well be needed.

Dr. Podohorecki notes in July 2013 and earlier in the month in October 2013 Mr. Papiez has chronic cervical radiculopathy and is requiring chronic narcotic medication. He has been under her care essentially continuously since 2006 for his back, neck and cervical radiculopathy. In April 2006, Dr. Podohorecki notes issues at the C6-C7level. The pharmacy records indicate he was already on long-term high dose narcotic pain medication prior to the event in 2013.

I reviewed the operative report dictated by Dr. Merola on September 3, 2014. Preoperative diagnosis was disc herniation C6-C7 segment producing significant severe and progressive upper extremity C7 radiculopathy with cord irritation, evidence of myelopathy, history of prior ACDF C5-C6 segment, acute onset herniation radiculopathy and myelopathy.  The postoperative diagnosis was the same.  The procedure was an anterior cervical discectomy C6-C7 with partial corpectomy at C6, partial corpectomy at C7, decompression of spinal nerve roots at C6-C7, placement of biomechanical device at C6-C7, placement of anterior locking plate screw implant at C6-C7, autogenous bone graft, allograft bone grafting, intraoperative fluoroscopy, intraoperative evoked potential monitoring, exploration of spinal fusion at C5-C6. Inter operatively Mr. Papiez was found to have a solid arthrodesis at C5-C6 with a disc herniation at C6-C7. A review of the post-operative x-rays does not show evidence of hemi-corpectomies having been done but rather a routine anterior cervical discectomy and fusion. It would appear the previously applied plate at C5-C6 was left in place making the exploration at C5-C6 a rather minimal undertaking.

I reviewed a report of an MRI of the cervical spine performed April 29, 2015 at All County LLC.  The report indicates there was a previous anterior cervical discectomy and fusion noted at C5-C6 and demonstrated new surgery at C6-C7 I reviewed these images as well. Other than the evidence of the surgery at C6-C7, I do not appreciate any significant changes compared to the MRI study performed on December 9, 2013.

A report of a post operative x-ray performed August 6, 2015 at Green Point Diagnostic Imaging showed evidence of the surgery from C5 to C7 without any other significant findings. The study does not show a hemi-corpectomy having been performed.

Re: Zbigniew Papiez
Date of Injury: 10/31/2013

6



Paul L. Kuflik, MD
Associate Professor
Orthopaedic Spine Surgery

*Mailing and Office Address*
Icahn School of Medicine at Mount Sinai
5 East 98th Street, 4th Floor, Box 1188
New York, NY 10029-6574
T 212-241-1072
F 646-537-9449

I disagree with the report from Ms. Kushner. There is no causally related indication for continued Physiatric care including injections, nerve blocks, spinal stimulator, morphine pump, physical therapy, TENS unit, assistance with ADL's, transportation assistance, or household assistance. Mr. Papiez was already on high dose narcotic pain medication prior to the 10/31/13 event. To the extent he may need higher doses in the future that is a consequence of the natural history of treating chronic pain with high dose narcotics. As tolerance develops, higher doses are needed. Mr. Papiez has been taking narcotics chronically since at least 2006.

In summary, Mr. Papiez was involved in an accident at Home Depot when he was struck on the back of his upper back or neck.  Examination at that time revealed no visible sign of injury, unrestricted full range of motion of the cervical spine and he was neurologically intact.  His pain in the Elmhurst ED at discharge was a 1 on a scale of 0 to 10. Findings were most consistent with a contusion. He is status post a work related injury to his neck in 2006 ultimately treated with an anterior cervical discectomy and fusion in December 2007.  It is well documented he already had a disc herniation at C6-C7 in 2006. He never returned to work following that injury.  He was still receiving medical treatment for a cervical radiculopathy and requiring narcotic pain medication on a daily basis at the time of the event on 10/31/13.

His presentation is not consistent with a new onset acute disc herniation at C6-C7 or even exacerbation of a pre-existing asymptomatic disc herniation at C6-C7. He had virtually no significant findings in the Emergency facility following the injury.  The history and cervical MRI performed after the event on 10/31/13 is most consistent with adjacent segment disease at C6-C7 rather than an acute injury. Prior to this injury it is well documented that his range of motion was markedly diminished, and that he was permanently disabled. He had virtually identical complaints and physical findings prior to 10/31/13 as he does now. Approximately three years following his first surgery in 2007, he was found to have marked restriction of motion of the cervical spine and a permanent total disability. He had absent sensation with numbness and tingling in the identical distribution as now.  One would not anticipate a change in his condition between 2010 and 2013 if he has the complaints and findings described nearly three years post-surgery, i.e. the changes described in 2010 are permanent. Additionally, he has been under the continuous care of a Physiatrist for cervical radiculopathy including high dose narcotic pain medication right up to immediately prior to this injury.

Re: Zbigniew Papiez
Date of Injury: 10/31/2013

7



Mount
Sinai

Paul L. Kuflik, MD
*Associate Professor*
*Orthopaedic Spine Surgery*

*Mailing and Office Address*
Icahn School of Medicine at Mount Sin
5 East 98th Street, 4th Floor, Box 1188
New York, NY 10029-6574
T 212-241-1072
F 646-537-9449

Objectively there was no change in his condition from before 10/31/13 to after. His objective complaints and physical findings were unchanged from before to after. Currently objectively, he is no worse off than he was prior to the event on 10/31/13. He is still requiring chronic pain medication as he was prior to this alleged accident. His complaints now are subjective. He is neurologically intact. His diminished range of motion is subjective and essentially identical to what it was prior to this event. The soft collar that he chooses to wear likely contributes to his issues by unnecessarily restricting motion and contributing to his stiffness, and weakening his musculature.

His complaints, physical findings and the surgery performed are more consistent with a diagnosis of adjacent segment disease and chronic radiculopathy than a traumatic injury. Mr. Papiez has chronic pain. He had complaints out of proportion to the objective information both before and after the event on 10/31/13. There is no causally related indication for further treatment at this time. There is no objective change in his disability as a consequence of the event on 10/31/13. He is no more disabled now than he was prior to this event. There is no medical contra indication relative to the spine to him participating in activities without restriction.

I, Paul Kuflik MD., being a Diplomate of the American Board of Orthopedic Surgeons, am duly licensed to practice medicine in the State of New York pursuant to CPLR, section 210.8 and hereby affirm under the penalties of perjury the foregoing is true to the best of my knowledge except as to those matters stated on information and belief, and as to those matters I believe to be true. The above claimant was examined according to the restrictive rules concerning an independent medical examination. It is therefore understood no doctor patient relationship exists or is implied by this examination. The claimant is examined in reference to that specific complaint emanating from the original injury. Any other medical conditions, which were either unreported or fail to be unrelated to the original injury, are considered to be beyond the purview of this examination.

Sincerely yours,

Re: Zbigniew Papiez
Date of Injury: 10/31/2013

8



Paul L. Kuflik, MD
Associate Professor
Orthopaedic Spine Surgery

Mailing and Office Address
Icahn School of Medicine at Mount Sin
5 East 98th Street, 4th Floor, Box 1188
New York, NY 10029-6574
T 212-241-1072
F 646-537-9449

Paul Kuflik MD
Spine Surgery
Associate Professor of Orthopedic Surgery
Mount Sinai Hospital and School of Medicine
5 East 98th Street, Fourth floor
New York NY 10029
Phone   212 241 1072
Fax       646 537 9449
paul.kuflik@mountsinai.org

Re: Zbigniew Papiez
Date of Injury: 10/31/2013

9

D



**Mount Sinai**

Paul L. Kuflik, MD
*Associate Professor*
*Orthopaedic Spine Surgery*

*Mailing and Office Address*
Icahn School of Medicine at Mount Sinai
5 East 98th Street, 4th Floor, Box 1188
New York, NY  10029-6574
T 212-241-1072
F 646-537-9449

November 7, 2016

Michael N. Giacopelli
Partner
Lewis Brisbois Bisgaard Smith
Michael.Giacopelli@lewisbrisbois.com

77 Water Street, 21st Floor
New York, NY 10005

RE: Zbigniew Papiez

Date of IME: ~~November 16, 2016 @8AM~~ Rescheduled December 15 @ Noon.

Location: 5 East 98th Street
New York City, NY  10029
4th Floor

Fee:  $7500 prepaid for IME, record, x-ray review report preparation, discussion.

Please send records and payment to:

Paul Kuflik MD

▮▮▮▮▮▮▮▮▮▮

Or electronically to ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮

Thank you.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK  )

      DONNA J. LUDWICKI, being duly sworn, deposes and says, that the deponent is not a party of the action, is over 18 years of age and resides in the County of Queens, City of New York.

      That on the _____ day of September, 2017, the undersigned served the within ***NOTICE OF MOTION TO PRECLUDE and AFFIRMATION IN SUPPORT WITH EXHIBITS*** upon the attorneys named below:

Edelman & Edelman, P.C.
61 Broadway – Suite 3010
New York, New York  10006

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                              _____
                                DONNA J. LUDWICKI

Sworn to before me this_____
day of September, 2017

_____
  Notary Public

Shadena Morant-Daniels
Notary Public, State of New York
No. 24-4986342
Qualified in Kings County
Commission Expires Sept. 9, 2021

4841-1193-3519.1