M



Paul L. Kuflik, MD
*Associate Professor*
*Orthopaedic Spine Surgery*

*Mailing and Office Address*
Icahn School of Medicine at Mount Sinai
5 East 98th Street, 4th Floor, Box 1188
New York, NY 10029-6574
T 212-241-1072
F 646-537-9449

March 28, 2017

Michael Giacopelli, Esq.
Lewis Brisbois Bisgaard & Smith
77 Water Street, Suite 2100
New York, New York 10005

**Re: Zbigniew Papiez**
Date of Injury: 10/31/2013

Dear Mr. Giacopelli:

This is an addendum to the previously submitted report dated January 25, 2017.

I have been provided with the actual images of the MRI of the cervical spine performed on May 6, 2006. Allowing for the fact that the location of the axial and sagittal slices is never exactly the same from one MRI to another, there are no changes on the Cervical spine MRI performed on May 6, 2006 and the Cervical spine MRI performed on December 9, 2013. There was no nerve root compression at C6-C7 on the study in 2006, and there was no nerve root compression at C6-C7 on the study in 2013. The studies are essentially identical.

I, Paul Kuflik MD., being a Diplomate of the American Board of Orthopedic Surgeons, am duly licensed to practice medicine in the State of New York pursuant to CPLR, section 210.6 and hereby affirm under the penalties of perjury the foregoing is true to the best of my knowledge except as to those matters stated on information and belief, and as to those matters believe to be true.

Sincerely yours,

Paul Kuflik MD
Spine Surgery



Paul L. Kuflik, MD
*Associate Professor*
*Orthopaedic Spine Surgery*

*Mailing and Office Address*
Icahn School of Medicine at Mount Sinai
5 East 98th Street, 4th Floor, Box 1188
New York, NY 10029-6574
T 212-241-1072
F 646-537-9449

Associate Professor of Orthopedic Surgery
Mount Sinai Hospital and School of Medicine
5 East 98th Street, Fourth floor
New York, NY 10029
Phone 212 241 1072
Fax 646 537 9449
paul.kuflik@mountsinai.org